## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brion Finlay and all other similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MyLife.com Inc.,<br><br>  Defendant. | Case No. 20-cv-1105-SRN-DTS<br><br>**NOTICE OF APPEARANCE** |

Attorneys Richard R. Voelbel and Brandon J. Wheeler of Felhaber Larson, and Raj N. Shah and Eric M. Roberts of DLA Piper LLP (US) hereby note their appearance as counsel of record for MyLife.com Inc. in the above-titled matter. All further notices should be sent to the following attorney(s):

Richard R. Voelbel
Brandon J. Wheeler
Felhaber Larson
220 South 6th Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

Raj N. Shah
Eric M. Roberts
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000

Dated: July 17, 2020

**FELHABER LARSON**

By: */s/ Richard R. Voelbel*
Richard R. Voelbel, #0387091
Brandon J. Wheeler, #0396336
Felhaber Larson
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
T: 612.339.6321
F: 612.338.0535
rvoelbel@felhaber.com
bwheeler@felhaber.com

- and –

Raj N. Shah (*pro hac vice* pending)
Eric M. Roberts (*pro hac vice* pending)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
T: 312.368.4000
raj.shah@dlapiper.com
eric.roberts@dlapiper.com

*Attorneys for defendant MyLife.Com, Inc.*