# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brion Finlay and all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MyLife.com Inc.<br><br>    Defendant. | Case No. 20-cv-1105-SRN-DTS<br><br>**MEET AND CONFER STATEMENT** |

I, Richard R. Voelbel, hereby certify that counsel for defendant MyLife.com Inc. attempted to contact counsel for plaintiff Brion Finlay by telephone and email on July 14, 2020, to meet and confer regarding the issues raised in MyLife.com Inc.'s Motion to Dismiss. At the time of this filing, counsel for Mr. Finlay has not responded. Counsel for MyLife.com Inc. will attempt to promptly meet and confer with counsel for Mr. Finlay after filing the motion and will supplement this meet and confer statement as appropriate.

**Dated**: July 17, 2020

**FELHABER LARSON**,

By:   /s/ *Richard Voelbel*

Richard R. Voelbel, #0387091
Brandon J. Wheeler, #0396336
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
T: 612.339.6321
rvoelbel@felhaber.com
bwheeler@felhaber.com

**DLA PIPER LLP (US)**

Raj N. Shah (*pro hac vice* pending)
Eric M. Roberts (*pro hac vice* pending)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
T: 312.368.4000
raj.shah@dlapiper.com
eric.roberts@dlapiper.com

**ATTORNEYS FOR MYLIFE.COM INC.**