# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brion Finlay and all other similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MyLife.com Inc.<br><br>  Defendant. | Case No. 20-cv-1105-SRN-DTS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MYLIFE.COM, INC.'S MOTION TO DISMISS** |

This matter came on for hearing before the Honorable Susan R. Nelson, United States District Judge, on November 8, 2020, on Defendant MyLife.com Inc.'s Motion to Dismiss (ECF No. __ ). Based upon all the files, memoranda, records, and proceedings herein,

**IT IS HEREBY ORDERED** that judgment be entered as follows:

1. Defendant MyLife.com Inc.'s Motion to Dismiss is **GRANTED** in its entirety; and

2. Plaintiff's Complaint against MyLife.com Inc. is **DISMISSED** in its entirety, with prejudice.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____

                                        The Honorable Susan R. Nelson
                                        U.S. District Court Judge