

Richard R. Voelebl
Direct: (612) 373-8544
E-mail: rvoelbel@felhaber.com

August 21, 2020

<u>**VIA E-FILE**</u>

The Honorable Susan R. Nelson
United States District Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

RE:   *Brion Finlay v. MyLife.com Inc.*
      Court File No. 20-CV-1105 (SRN/DTS)

Dear Judge Nelson:

MyLife.com Inc. hereby withdraws its Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF Doc. #9) in the above-referenced matter given Plaintiff's filing of an Amended Complaint. Defendant will file a new Motion to Dismiss Plaintiff's Amended Complaint.

                                Sincerely,

                                */s/ Richard R. Voelbel*

                                Richard R. Voelbel

cc:   All counsel of record (via e-service)

220 South Sixth Street
Suite 2200
Minneapolis, MN  55402-4504

Phone: 612-339-6321
Fax: 612-338-0535

felhaber.com