# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brion Finlay and all other similarly situated,

    Plaintiff,

vs.

MyLife.com Inc.

    Defendant.

Case No. 20-cv-1105-SRN-DTS

**MEET AND CONFER STATEMENT**

I, Richard R. Voelbel, hereby certify that counsel for defendant MyLife.com Inc. has had multiple telephone and email exchanges with counsel for plaintiff Brion Finlay prior to filing this motion, to meet and confer regarding the issues raised in MyLife.com Inc.'s Motion to Dismiss. As a result of this meet-and-confer effort, the parties:

Do **not** agree on the resolution of any part of the motion.

Dated: August 21, 2020

**FELHABER LARSON**,

By:   /s/ *Richard Voelbel*

Richard R. Voelbel, #0387091
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
T: 612.339.6321
rvoelbel@felhaber.com

**DLA PIPER LLP (US)**

Raj N. Shah (*pro hac vice* pending)
Eric M. Roberts (*pro hac vice* pending)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
T: 312.368.4000
raj.shah@dlapiper.com
eric.roberts@dlapiper.com

**ATTORNEYS FOR MYLIFE.COM INC.**