# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brion Finlay, and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>MyLife.com Inc.,<br><br><br>              Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge |

| | |
|---|---|
| Case No.: | 20cv1105 (SRN/DTS) |
| Date: | November 9, 2020 |
| Court Reporter: | Carla Bebault |
| Courthouse: | Via Videoconference |
| Courtroom: | - |
| Time in Court: | 9:30 – 10:35 a.m. |
| Total Time: | 1 Hour, 5 Minutes |

## APPEARANCES:

For Plaintiff:   David J.S. Madgett

For Defendant:   Eric M. Roberts and Richard R. Voelbel

## PROCEEDINGS:

Motion hearing held via videoconference on [19] Defendant's Motion to Dismiss. The motion was submitted, argued, and taken under advisement.

s/S.DelMonte<br>
Courtroom Deputy